HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MEL and ALICE GREEK, husband and wife | CASE NO. C13-5558 RBL |
| Plaintiff, | ORDER |
| v. | (Dkt. #15) |
| PIERCE COUNTY, KARIE HAMILTON, CHRISTIAN FYNBOE, JOSEPH KOLP, and NATHALY KOLP, and their respective marital communities, | |
| and | |
| REAL PROPERTY DESCRIBED AS THAT PORTION OF CERTAIN "WALK", 10 FEET IN WIDTH, LYING BETWEEN A PART OF BLOCK "A" ON THE WEST AND A PART OF BLOCKS 1 AND 2 ON THE EAST IN SECOND WILDARE ADDITION, PIERCE COUNTY, WASHINGTON, AS THE SAME IS RECORDED ON PAGE 44 OF VOLUME 11 OF PLATS ON FILE IN THE OFFICE OF THE PIERCE COUNTY AUDITOR, ETC., | |
| Defendant. | |

THIS MATTER is before the Court on the individual Defendants' Motion to Dismiss under to Fed. R. Civ. P. 12(b)(6).  (Dkt. #15).  Defendants Hamilton, Fynboe, and Kolp seek to

1   dismiss the present action, arguing that the statute of limitations on the quiet title and ejectment

2   claims against them has long since expired.  Alternatively, they ask the Court decline to exercise

3   supplemental jurisdiction over the state law claims against them if it grants Defendant Pierce

4   County's motion to dismiss the only federal claim in the case.  Under 28 U.S.C. § 1367, the

5   Court may decline to exercise supplemental jurisdiction if it "has dismissed all claims over

6   which it has original jurisdiction."  28 U.S.C. § 1367(c)(3).

7          In a separate Order, the County's motion to dismiss is GRANTED.  There are no longer

8   any claims over which the Court has original jurisdiction, and the remaining state law claims can

9   and should be resolved at the state court level.  The Court therefore DECLINES to exercise

10  supplemental jurisdiction over the remaining state law claims. The Court does not reach the

11  statute of limitations issues.  The individual Defendants' Motion to Dismiss is **GRANTED**, and

12  the case is **DISMISSED** without prejudice, with leave to file in state court.

13         IT IS SO ORDERED.

14         Dated this 16th day of September, 2013.

15

16         RONALD B. LEIGHTON
17         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

ORDER - 2